**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: H.B. A/K/A : No. 383 EAL 2014
H.A.F., JR.. A MINOR :
:
: Petition for Allowance of Appeal from the
PETITION OF:  H.F., FATHER : Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.